PATRICIA L. McCABE, CSBN 156634
KRISTIN E. BERK, CSBN 275840
Law Offices of Patricia L. McCabe
7100 Hayvenhurst Avenue, Suite 314
Van Nuys, CA 91406-3874
(818) 907-9726; Fax: (818) 907-6384
Email: patricia@mccabedisabilitylaw.com

Attorneys for Plaintiff,
ZARINA AZIMOV

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| ZARINA AZIMOV, | Case No. 2:20-CV-05080-PD |
|---|---|
| Plaintiff, | |
| v. | ORDER FOR AWARD OF ATTORNEY FEES UNDER THE EQUAL ACCESS TO JUSTICE ACT (EAJA) |
| KILOLO KIJAKAZI[1], Acting Commissioner, Social Security | |
| Defendant. | Judge: Honorable Patricia Donahue |

Based upon the parties' Stipulation for Award of Attorney Fees and Expenses under The Equal Access to Justice Act (EAJA), IT IS ORDERED that attorney fees and expenses be paid to Patricia L. McCabe, Counsel for Plaintiff, in the amount of Four Thousand, Six Hundred Ten Dollars and Six Cents ($4,610.06) for fees, and expenses in the amount of Zero Dollars ($0.00) pursuant to 28 U.S.C. § 2412(d), subject to the terms of the above-referenced Stipulation.

Date: January 18, 2022

_____
Patricia Donahue
United States Magistrate Judge

---

[1] Kilolo Kijakazi became Acting Commissioner of Social Security on July 9, 2021. Pursuant to FRCP Rule 25(d), Kilolo Kijakazi should be substituted for Commissioner Andrew Saul as the defendant in this suit. No further action needs to be taken to continue this suit by reason of the last sentence of section 205(g) of the Social Security Act, 42 U.S.C. § 405(g).